**George HANN et al., Appellants,**

**v.**

**J. J. NAYLOR, Appellee.**

**Nos. 20261, 20262.**

United States Court of Appeals
Ninth Circuit.

Jan. 5, 1966.

Ronald Lansing, of Bailey, Swink, Haas, Seagraves & Lansing, Portland, Or., King, Miller, Anderson, Nash & Yerke, Portland, Or., for appellant.

Henry Camarot, of Sanders, Lively & Camarot Springfield, Or., for appellee.

Before BARNES, KOELSCH and BROWNING, Circuit Judges.

PER CURIAM:

On consideration of the appeal, we find a strictly factual issue was determined in the District Court adverse to appellants. Under well-known rules governing our examination of evidence on an appeal, the evidence supports the trial court's determination, and we affirm.